Denied

April 2, 2015

Barbara Hervey

PD# 1669-14

APPEAL FROM THE 128TH JUDICIAL DISTRICT
COURT
TRIAL COURT CAUSE NUMBER 080508R
OF ORANGE COUNTY, TEXAS
Hon. Courtney Arkeen, Judge Presiding


TRANSFERRED FROM THE 9TH COURT OF
APPEALS TO 14TH Case # **14-13-00650-CR**

MOTION FOR EXTENSION OF TIME
TO FILE A PETITION FOR DISCRETIONARY
REVIEW REHEARING

**PRO- SE MOTION BY ERIC WILLIAMS**
P.O. Box 776
Orange, Texas 77631-776
(409) 728-3131
(337) 936-0773—Alternate
E-mail: ericwill86.ew@gmail.com
March 31, 2015

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 02 2015

Abel Acosta, Clerk

FILED IN
COURT OF CRIMINAL APPEALS

APR 02 2015

Abel Acosta, Clerk

1

# IDENTITY OF PARTIES AND COUNSEL

**Appellant**: ERIC JARROD WILLIAMS

**Trial Counsel**: Joe Alford
105 S. Market Street
Orange, TX 77630
State Bar No. 1012500

**Appellate COUNSEL**: N/A

**PRO-SE MOTIONS:** Eric Jarrod Williams

**Appellee**: State of Texas
Counsel: Phillip C. Smith, Jr.
(Trial and Appeal) Orange County Assistant District
Attorney
801 W Division Ave.
Orange, TX 77630
State Bar No. 797460

IN THE

COURT OF CRIMINAL APPEALS

OF THE STATE OF TEXAS PD # 1669-14

ERIC JARROD WILLIAMS

**Appellant**

**V.**

THE STATE OF TEXAS

**Appellee**

**Eric Jarrod Williams,** Appellant below respectfully submits this Motion for an

Extension of Time to File a Petition for Discretionary Review Rehearing in the above

styled and numbered causes. In support of this Motion, he shows this Honorable Court

the following:

**I.**

On May 15, 2013, Appellant was convicted by a Jury Panel of the offense

**Indecency With A Child By Exposure** 21.11(a) (2) (A) Of the Texas Penal Code and

given a sentence of Ten years confinement in TDCJ and a $5,000 fine by the Bench

on June 14, 2013. The Bench ordered that the sentence be probated for a period of

ten years with 180 days to be served as upfront time In the County Jail as a

condition of probation and a $5000 fine.

**II.**

3

On September 23, 2014, the Honorable 14th Court of appeals denied relief for Appellant, and affirmed the judgment of the trial court. On March 18, 2015 this Honorable Court refused to accept The Motion for Petition for Discretionary Review. The Motion for Petition for Discretionary Review Rehearing is due on April 2, 2015

## III.

The facts relied upon to show good cause for this requested extension is as follows:

- .Appellant is currently handling this case on a Pro-se phase and isn't familiar with the laws and procedures of appellant procedure. This will require additional time to research and/or hire counsel, and file required motions in a timely manner.
- Appellant does need the time to read through and review all of the court documents and transcripts from the trial to prepare the motion for Petition for Discretionary review Rehearing and to review court transcripts.
- The additional time requested is not sought solely for delay, nor sought frivolously, but will be of genuine assistance to Appellant in preparing Appellant's Motion Petition for Discretionary review Rehearing.
- Appellant works out of town on full time job during the week and doesn't have as much undivided time to consult with legal aide.

4

**WHEREFORE**, Appellant prays respectfully that the Honorable Court grant this Motion extending the time for filing a Petition for Discretionary Review Rehearing for **Fifteen (15), to Thirty (30) Days** or that this Court grant such additional time as is just and proper for Appellant to submit motion for Petition for Discretionary Review Rehearing.

Respectfully submitted,

*/s/ Eric Jarrod Williams*

P.O. Box 776 Orange, Tx 77631-776

(409) 728-3131

(337) 936-0773—Alternate

ericwill86.ew@gmail.com

# CERTIFICATE OF SERVICE

I delivered a copy of the above and foregoing Motion to the Orange County District Attorney's Office on April 2, 2015
/s/ Eric Jarrod Williams